UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
─────────────────────────────────────────

UNITED STATES OF AMERICA

          v.

IYAURY RODRIGUEZ-ROSARIO,
  a/k/a "Bricha,"
JESUS GONZALEZ,
  a/k/a "Mullah,"
DANIEL VEGAS,
  a/k/a "White Hoody Strings,"
ANTHONY CASTILLO,
  a/k/a "Tony,"
  a/k/a "Red,"
ALBERT LANTIGUA,
  a/k/a "Black Skully," and
YORKIS CHEVALIER,
  a/k/a "Beard,"

          *Defendants.*

**Protective Order Modification**

**22 Cr. 293 (JPO)**

─────────────────────────────────────────

      Upon the application of the United States of America, with the consent of the undersigned counsel, and the defendants having requested discovery under Fed. R. Crim. P. 16, the Court hereby finds and orders as follows:

      1. On July 26, 2022, the Court entered a Protective Order (the "Protective Order") (Dkt. 77) to govern discovery materials in this matter that was signed by all parties then in the case. On July 29, 2022, the Court amended the Protective Order (Dkt. 80) to explicitly allow disclosure of discovery materials to the Coordinating Discovery Attorney. A copy of the Protective Order as amended is attached here as Exhibit A.

      2. After entry of the Protective Order, defendants Hugo Rodriguez, Mayovanex Rodriguez, Johann Zapata, Elvis Trejo, Steven Joaquin, and Jowenky Nunez, Sr. were added to

the case. Those defendants objected to the Protective Order; the Court heard arguments relating to the Protective Order on August 4, 2022; and the Court overruled their objections and held those defendants bound to the Protective Order. (Dkt. 121.)

3. After August 4, 2022, six additional defendants—Iyaury Rodriguez-Rosario, Jesus Gonzalez, Daniel Vegas, Anthony Castillo, Albert Lantigua, and Yorkis Chevalier (the "New Defendants")—arrived in this District and were appointed counsel

4. The New Defendants agree to be bound by the terms of the Protective Order.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney
Southern District of New York

by: */s/ Kevin Mead*                                          Date: August 26, 2022
    Kevin Mead
    Sarah L. Kushner
    Ashley C. Nicolas
    Assistant United States Attorneys


*Mark S. DeMarco*                                             Date: Aug. 26, 2022
Elizabeth Edwards Macedonio, Esq.
Mark Steven DeMarco
Counsel for Iyaury Rodriguez-Rosario


                                                           Date:
Meredith Stacy Heller, Esq.
Counsel for Jesus Gonzalez


                                                           Date:
Lorraine Gauli-Rufo, Esq.
Counsel for Daniel Vegas


                                                           Date:
Thomas Ambrosio, Esq.
Counsel for Anthony Castillo


                                                           Date:
Richard Harris Rosenberg, Esq.
Counsel for Yorkis Chevalier


3

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney
Southern District of New York

by: */s/ Kevin Mead*                                      Date: August 26, 2022
Kevin Mead
Sarah L. Kushner
Ashley C. Nicolas
Assistant United States Attorneys


                                                          Date:

Elizabeth Edwards Macedonio, Esq.
Mark Steven DeMarco
Counsel for Iyaury Rodriguez-Rosario

*[signature]*                                             Date: August 30, 2022

Meredith Stacy Heller, Esq.
Counsel for Jesus Gonzalez


                                                          Date:

Lorraine Gauli-Rufo, Esq.
Counsel for Daniel Vegas


                                                          Date:

Thomas Ambrosio, Esq.
Counsel for Anthony Castillo


                                                          Date:

Richard Harris Rosenberg, Esq.
Counsel for Yorkis Chevalier

3

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney
Southern District of New York

by: */s/ Kevin Mead*                                   Date: August 26, 2022
    Kevin Mead
    Sarah L. Kushner
    Ashley C. Nicolas
    Assistant United States Attorneys


                                                                 Date:
    Elizabeth Edwards Macedonio, Esq.
    Mark Steven DeMarco
    Counsel for Iyaury Rodriguez-Rosario


                                                                 Date:
    Meredith Stacy Heller, Esq.
    Counsel for Jesus Gonzalez


*Lorraine Gauli-Rufo*                                   Date: 8/30/2022
    Lorraine Gauli-Rufo, Esq.
    Counsel for Daniel Vegas


                                                                 Date:
    Thomas Ambrosio, Esq.
    Counsel for Anthony Castillo


                                                                 Date:
    Richard Harris Rosenberg, Esq.
    Counsel for Yorkis Chevalier

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney
Southern District of New York

by: */s/ Kevin Mead*    Date: August 26, 2022
Kevin Mead
Sarah L. Kushner
Ashley C. Nicolas
Assistant United States Attorneys

_____    Date: _____
Elizabeth Edwards Macedonio, Esq.
Mark Steven DeMarco
Counsel for Iyaury Rodriguez-Rosario

_____    Date: _____
Meredith Stacy Heller, Esq.
Counsel for Jesus Gonzalez

_____    Date: _____
Lorraine Gauli-Rufo, Esq.
Counsel for Daniel Vegas

*s/Thomas Ambrosio*    Date: 8/30/2022
Thomas Ambrosio, Esq.
Counsel for Anthony Castillo

_____    Date: _____
Richard Harris Rosenberg, Esq.
Counsel for Yorkis Chevalier

3

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney
Southern District of New York

By: /s/ Kevin Mead                                  Date: August 26, 2022
Kevin Mead
Sarah L. Kushner
Ashley C. Nicolas
Assistant United States Attorneys


                                                    Date: _____
Elizabeth Edwards Macedonio, Esq.
Mark Steven DeMarco
Counsel for Iyaury Rodriguez-Rosario


                                                    Date: _____
Meredith Stacy Heller, Esq.
Counsel for Jesus Gonzalez


                                                    Date: _____
Lorraine Gauli-Rufo, Esq.
Counsel for Daniel Vegas


                                                    Date: _____
Thomas Ambrosio, Esq.
Counsel for Anthony Castillo


[signature]                                          Date: 8/30/2022
Richard Harris Rosenberg, Esq.
Counsel for Yorkis Chevalier

_____  Date: August 26, 2022
Matthew Kluger, Esq.
Counsel for Albert Lantigua

SO ORDERED:

Dated: New York, New York
       Aug. 30, 2022

_____
J. PAUL OETKEN
United States District Judge

4