

**The Law Office of**
**Elizabeth E. Macedonio**

52 Duane Street – 7th Floor – New York, New York 10007
Telephone: 917-533-5965 • Email: emacedonio@Yahoo.com

September 17, 2024

**Electronically Filed**

Honorable J. Paul Oetkin
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: <u>United States v. Iyaury Rodriguez Rosario</u>
22 Cr. 293

Dear Judge Oetkin:

    Mark DeMarco and I represent Iyaury Rodriguez Rosario in the above matter. The case is currently on the Court's calendar for a status conference on September 18, 2024. Unfortunately, both Mr. DeMarco and I are unavailable to appear.

    We have conferred with Sarah Sacks, counsel for defendant Hugo Rodriguez, and Ms. Sacks has agreed to stand in for us for the limited purpose of this conference. Mr. Rodriguez Rosario is aware of the issue and consents to Ms. Sacks standing in at the status conference. Accordingly, we ask that Ms. Sacks be permitted to appear on our behalf on September 18, 2024. We thank Your Honor for his consideration in this matter.

> Granted
> So ordered.
> 9/17/2024

Respectfully submitted,

*Elizabeth E. Macedonio*

Elizabeth E. Macedonio
Mark DeMarco
*Attorneys for the Defendant*
*Iyaury Rodriguez Rosario*

_____
J. PAUL OETKEN
United States District Judge