UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v-

JOWENKY NUNEZ, JR., *et al.*,
                                    Defendants.

---

22-CR-293 (JPO)

ORDER

    Trial as to Defendants Jowenky Nunez, Jr., Brian Hernandez, and Iyaury Rodriguez-Rosario is scheduled to begin on April 7, 2025. As discussed during the conference held on January 16, 2025, the parties scheduled for trial shall comply with the following schedule:

- Jan. 27:    The Government shall provide Rule 404(b) notice and initial information regarding experts, including their identities and the subjects of their testimony
- Feb. 17:    The Government shall provide formal expert notice
- March 7:    The parties shall file any motions in limine, after conferring at least one week in advance
- March 10:    Defendants shall provide formal expert notice
- March 10:    The Government shall provide 3500 material on attorney-eyes-only (AEO) basis for witnesses as to whom it does not have security concerns
- March 17:    The Government shall provide 3500 material on AEO basis for witnesses as to whom it has security concerns
- March 21:    The parties shall file motion in limine oppositions
- March 24:    3500 material shall be redesignated attorney-possession-only
- March 26:    The parties shall file motion in limine replies
- March 28:    The Government shall produce trial exhibits and summary charts
- March 31:    The parties & counsel shall appear for final pretrial conference at 2:00 pm

The Clerk of Court is directed to terminate the motions at ECF No. 505 & 506.

    SO ORDERED.

Dated: January 16, 2025
       New York, New York

                                                J. PAUL OETKEN
                                           United States District Judge