UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>JOWENKY NUNEZ JR., *et al.*,<br>　　　　　　　　　　Defendants. | 22-CR-293 (JPO)<br><br>ORDER |

J. PAUL OETKEN, District Judge:

The final pretrial conference scheduled for March 31, 2025 at 2:00 p.m. will take place in Courtroom 318 in the Thurgood Marshall Courthouse, 40 Foley Square, as will the trial.

The Court intends to sit for trial from 9:30 a.m. to 5:00 p.m. Monday through Thursday of each week, and not sit on Fridays, for the duration of the trial until deliberations begin.

SO ORDERED.

Dated: March 25, 2025
　　　　New York, New York

_____
J. PAUL OETKEN
United States District Judge