UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v.-<br><br>IYAURY RODRIGUEZ-ROSARIO,<br><br>Defendant. | PROPOSED ORDER<br><br>22 Cr. 293 (JPO) |

Upon the application of Mark S. DeMarco, Elizabeth Macedonio, Ezra Spilke, and Shannon Griffin, attorneys for Iyaury Rodriguez-Rosario:

IT IS HEREBY ORDERED, that the defendant Iyaury Rodriguez-Rosario, Inmate No. 08020-509, will be permitted to receive non-prison clothing at the Metropolitan Detention Center Brooklyn to wear for his trial scheduled to begin on April 7, 2025. He is permitted to have up to three pairs of pants, one blazer, four pairs of socks, four shirts, two ties, one belt, one pair of shoes and one sweater to wear to Court.

Dated:  New York, New York
        April 3, 2025

_____
J. PAUL OETKEN
United States District Judge

1